675 A.2d 1239

Gloria Jean DIEHL and David Kell, a Minor, by Gloria Jean Diehl, His Parent and Natural Guardian, and Julie Kell, a Minor, by Gloria Jean Diehl, Her Parent and Natural Guardian, Respondents,

v.

Geraldine T. JOHNSON, Executrix of the Estate of Darwin T. Thebes, Deceased, Petitioner.

Supreme Court of Pennsylvania.

May 31, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 31st day of May 1996, the Petition for Allowance of Appeal is granted on the limited issue of whether punitive damages may be assessed against the estate of a deceased tortfeasor. Oral argument will be allowed.